

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00407-CV

Jacek **DZIERWA**,
Appellant

v.

Veronica **CERDA**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18975
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the cause is REMANDED for new trial. The motion to dismiss filed by Veronica Cerda is DENIED.

We ORDER that Jacek Dzierwa recover his costs of this appeal from Veronica Cerda.

SIGNED August 6, 2014.

_____
Luz Elena D. Chapa, Justice